# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40994
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 17, 2015

Lyle W. Cayce
Clerk

ODA GARCIA,

Plaintiff - Appellant

v.

CITY OF LAREDO, A home Rule City; HECTOR GONZALEZ, Official Capacity; OSCAR PEREZ, Official Capacity; CYNTHIA COLLAZO, Official Capacity; MONICA FLORES, Official Capacity; RAUL CASSO, Official Capacity,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CV-140

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

This appeal is dismissed for want of jurisdiction there being no appealable judgment.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.